SHAWMUT COMMERCIAL PAPER COMPANY *vs.* PERCY
H. BRIGHAM & another.

Suffolk.   March 28, 1911. — May 19, 1911.

Present: KNOWLTON, C. J., MORTON, HAMMOND, BRALEY, & RUGG, JJ.

*Practice, Civil,* Exceptions.   *Rules of Court.   Notice.*

The giving of an oral notice of the filing of a bill of exceptions to the counsel of the
adverse party on the day of the filing and furnishing him on the same day with
an unsigned copy of the bill of exceptions are not a compliance with Rule 44
of the Superior Court, which requires that notice of the filing of a bill of excep-
tions shall be given to the adverse party within the required time, and Rule 27,
which prescribes that a notice required by the rules of the Superior Court shall
be in writing.

MORTON, J.   This is an action to recover upon a promissory
note.   The plaintiff had a verdict and the defendant alleged ex-
ceptions.   The time for filing the exceptions was extended and
on the last day a bill of exceptions was duly filed.   Two days
after the plaintiff moved to dismiss them on the ground that the
defendants had given it no sufficient notice of the filing of the
exceptions.   The judge * ruled as matter of law that the motion
should be allowed and dismissed the exceptions.   The defend-
ants excepted, and the question is whether as matter of law the
motion was rightly allowed.

Rule 44 of the Superior Court, established in 1906, provides
that "Exceptions alleged in . . . a civil case shall be reduced
to writing and filed, and notice thereof given to the adverse
party . . ."   Rule 27 provides that "A notice required by, or
given in pursuance of, these rules, shall be in writing. . . ."   The
only notice given of the filing of the exceptions was an oral no-
tice to counsel for the plaintiff on the day of the filing, and the
furnishing him on the same day with an unsigned copy of the
bill of exceptions.   This plainly did not constitute a written
notice.   *Broomfield* v. *Sheehan,* 190 Mass. 585.   There was
nothing which constituted a waiver or could be found to consti-
tute a waiver of the written notice.

*Exceptions overruled.*

*E. I. Smith,* for the defendants.
*E. M. Schwarzenberg,* for the plaintiff.

---

* *Richardson,* J.